**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7291**

RODERICK DEMAIN GATLING-BEY,

Plaintiff - Appellant,

v.

MELISSA KENNEDY, Durham Police Department; NATE PARKER, Durham Police Department; TIM JOHNSON, Durham Police Department; J. CARL HUSKETH, Durham Police Department; J.J. CARTWRIGHT, Durham Police Department; SET TEAM, Durham Police Department; JEFFREY LUX; JAMES DORNFRIED, Durham County ADA; JUDGE KENNETH C. TITUS; ERIK A. HOOKS; SUPERINTENDENT SAPPER, Bertie Correctional,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:18-ct-03043-D)

Submitted: February 21, 2019                    Decided: February 26, 2019

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roderick Demain Gatling-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Demain Gatling-Bey appeals the district court's order dismissing his § 1983 action as frivolous pursuant to 28 U.S.C. § 1915A(a), (b) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Gatling-Bey's motion to enforce subrogation rights and affirm for the reasons stated by the district court. *Gatling-Bey v. Kennedy*, No. 5:18-ct-03043-D (E.D.N.C. Sept. 17, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*